**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOE RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMPBELL SOUP COMPANY,<br><br>        Defendant. | CIVIL NO. 12-6131(NLH)(AMD)<br><br><br>**ORDER** |

   For the reasons expressed in the Court's Opinion filed today,

   IT IS on this  22nd  day of  April , 2013

   ORDERED that defendant's motion to dismiss plaintiff's complaint [10] is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and it is further

   ORDERED that the Clerk of the Court shall mark this matter as CLOSED.


At Camden, New Jersey               s/ Noel L. Hillman
                                   NOEL L. HILLMAN, U.S.D.J.