**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

JOE RUIZ,

          Plaintiff,

    v.

CAMPBELL SOUP COMPANY,

        Defendant.

CIVIL NO. 12-6131(NLH)(AMD)

**ORDER**

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this _22nd_ day of _April_, 2013

    ORDERED that defendant's motion to dismiss plaintiff's complaint [10] is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and it is further

    ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

                      _s/ Noel L. Hillman_

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.